## TURNER v. BEAVAN.

*(Common Pleas of New York City and County, Special Term.* October, 1889.)

SLANDER—PLEADING—BILL OF PARTICULARS.

In an action for slander, plaintiff will be required to furnish a bill of particulars giving the name of at least one person present on each of the occasions on which the alleged slander was uttered. Following *Dempewolf* v. *Hills*, 53 N. Y. Super. Ct. 105.

Action by Albert E. Turner against Jeffrey Beavan for slander. Defendant moves for a bill of particulars.

*Henry B. Johnson,* for plaintiff.    *James C. Colgate,* for defendant.

DALY, J. I will follow the ruling in the case of *Dempewolf* v. *Hills*, 53 N. Y. Super. Ct. 105, and order the plaintiff to furnish a bill of particulars giving the name of at least one present at each of the occasions on which the alleged slander was uttered, so that defendant may know with certainty the occasion on which the complaint refers. No costs.